An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
NEVADA PAROLE COMMISSIONERS,
Respondent.

No. 58848

**FILED**

SEP 2 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On July 21, 2011, this appeal was docketed in this court without payment of the requisite filing fee. On August 27, 2014, this court entered an order requesting further documents and appellant was cautioned that failure to respond within 10 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

_____, C.J.

cc:    Hon. Jennifer P. Togliatti, District Judge
       Percy Lavae Bacon
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31926